~~AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕~~

# UNITED STATES DISTRICT COURT

***** DISTRICT OF    NEVADA

WILLIAM E. FODOR, SABIN G. BARENDT, DONALD D'AMICO,

     Plaintiffs,

V.

BRIAN SANDOVAL, et al.,

     Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:13-cv-00366-RCJ-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** this action is **DISMISSED** without prejudice to each plaintiff's commencement of a new action.

  August 22, 2013                               **LANCE S. WILSON**
                                                   Clerk

                                               /s/ D. R. Morgan
                                                   Deputy Clerk